THE CITY OF CHICAGO HEIGHTS, Plaintiff-Appellee, *v.* LARRY J. DESAUTELS, Defendant-Appellant.

(No. 54761;

First District—April 19, 1971.

Opinion by Mr. JUSTICE GOLDBERG.

Haft, Shapiro & Haft, of Chicago, (Morris A. Haft and Joshua Landau, of counsel,) for appellant.

CRERAR CLINCH COAL COMPANY, Plaintiff-Appellee, *v.* WHOLESALE COAL DISTRIBUTORS CORPORATION, Defendant-Appellant.

(No. 54784;

First District—April 28, 1971.

*Rehearing denied May 26, 1971.*